BRIAN STRETCH, CA No. 163973
United States Attorney
SARA WINSLOW, DC No. 457643
Chief, Civil Division
CHRISTINA L. GOEBELSMANN, CA No. 273379
Special Assistant U.S. Attorney

    U.S. Small Business Administration
    455 Market Street, Suite 600
    San Francisco, CA  94105
    Telephone: (415) 744-8494
    Facsimile:  (415) 744-6812
    E-Mail:  Christina.Goebelsmann@sba.gov

Attorneys for Creditor United States of America,
on behalf of its agency, U.S. Small Business Administration

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| In re Kenneth and Sang Lee, ) | Case No. 16-41710 |
| ) | |
| Debtors. ) | Chapter 13 |
| ) | |
| ) | Hon. Charles Novack |
| ) | |
| ) | **NOTICE OF APPEARANCE** |
| ) | **AND REQUEST FOR NOTICE** |
| ) | |
| ) | |

**TO THE CLERK OF COURT AND ALL INTERESTED PARTIES:**

    PLEASE TAKE NOTICE that the undersigned appears in the above-captioned bankruptcy case on behalf of Creditor United States of America, on behalf of its agency, U.S. Small Business Administration, and requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in these proceedings and all papers served or required to be served in these

proceedings be served upon counsel at the address, telephone number and email address listed below.

Christina L. Goebelsmann, Esq.<br>
U.S. Small Business Administration<br>
455 Market Street, Suite 600<br>
San Francisco, CA  94105<br>
Telephone: (415) 744-8494<br>
E-Mail:  Christina.Goebelsmann@sba.gov

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance and Request for Service nor any later appearance, pleading, proof of claim, claim, suit, or other writing shall constitute a waiver of any (i) right to have final orders in noncore matters entered only after de novo review by a United States District Judge, (ii) right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to these cases, (iii) right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) election of remedies, and (vi) other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  July 28, 2016          By:  /s/ Christina L. Goebelsmann
                                    CHRISTINA L. GOEBELSMANN
                                    Special Assistant United States Attorney

**NOTICE OF APPEARANCE** Page 2

# CERTIFICATE OF SERVICE

I, Christina L. Goebelsmann, certify that I caused this Notice of Appearance and Request for Service to be served through the CM/ECF system for the United States Bankruptcy Court for the Northern District of California on July 28, 2016, on all CM/ECF participants registered to receive electronic notices in the above-captioned case.

Dated:  July 28, 2016              By:  /s/ Christina L. Goebelsmann
                                        CHRISTINA L. GOEBELSMANN
                                        Special Assistant United States Attorney