IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| KENNETH KWANGHO LEE and SANG HEE LEE, | ) ) | Case No. 16-41710 |
| Debtor(s) | ) ) | BANKRUPTCY JUDGE CHARLES NOVACK |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (Lowes® ConsumerCreditCard [Last four digit of account:2132]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Synchrony Bank
> c/o Recovery Management Systems Corporation
> 25 SE 2nd Avenue, Suite 1120
> Miami, FL 33131-1605
> Telephone: (305) 379-7674
> Facsimile: (305) 374-8113
> E-mail: claims@recoverycorp.com

Dated: Miami, Florida
August 4, 2016

                                                      By: /s/ Ramesh Singh

                                                      Ramesh Singh
                                                      c/o Recovery Management Systems Corporation
                                                      Financial Controller
                                                      25 SE 2nd Avenue, Suite 1120
                                                      Miami, FL 33131-1605
                                                      (305) 379-7674

Assignee Creditor: Lowes® ConsumerCreditCard [Last four digit of account:2132]